IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUNOCO, INC. (R&M), <br> Plaintiff, | ) <br> ) <br> ) | CIVIL ACTION <br><br> Civil No.3:01CV1988(SRU) |
| v. | ) <br> ) <br> ) | |
| EPIC HOLDING CORPORATION, ET AL <br> Defendant | ) <br> ) <br> ) <br> ) | August 3, 2006 |

## SATISFACTION OF JUDGMENT

TO THE CLERK:

Kindly mark the Judgment (Doc. # 42), Supplemental Judgment (Doc. # 46) and the Second Supplemental Judgment (Doc. # 48) entered against the defendants, Epic Holding Corporation, Susan A. Snyder and Russell Mahler, II, in the above captioned matter satisfied.

THE PLAINTIFF,
SUNOCO, INC. (R&M)

By /s/ Charles I. Miller
Charles I. Miller, Esq.
The Balaban Law Firm
425 Main Street, 4th Floor
Middletown, CT
Federal Bar No. CT08203
(860)346-5244 Telephone
(860)347-5244 Facsimile
cmiller@balabanlaw.com

and

A. Christopher Young
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

## CERTIFICATION

I hereby certify that on August 3, 2006, a copy of the foregoing Satisfaction of Judgment was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Charles I. Miller
Charles I. Miller, Esq.

Edwin L. Doernberger
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. CT5109

_____
Charles I. Miller